ACCEPTED
12-15-00128-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
8/18/2015 3:05:40 PM
CATHY LUSK
CLERK

# Beverly D. Melontree
## Attorney at Law

213 S. Fenton Avenue
Tyler, Texas 75702
Telephone: 713.480.7674
903.372.6193
Facsimile: 903.747.3760
Bmelontree@icloud.com

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
8/18/2015 3:05:40 PM
CATHY S. LUSK
Clerk

August 18, 2015

Ms. Katrina McClenny
Chief Deputy Clerk
12th Court of Appeals
1517 West Front Street
Tyler, Texas 75702

Re: Cause No.: 12-15-00128-CR; *Robert Lafayette Walker v. The State of Texas;* In the 12th Court of Appeals; Smith County, Texas.

Dear Ms. McClenny:

Please find enclosed the following in the above-referenced case number:

(1) Motion for Leave to File Appellant's Brief Late;
(2) Order; and
(3) Attorney's Affidavit

If you have any questions regarding the contents of this correspondence, then feel free to contact me at 713-480-2674. I look forward to hearing from you.

Very truly yours,

Beverly D. Melontree

cc: Mr. Robert Walker
3109 Rolling Hill Drive
Tyler, Texas 75702

Mr. Michael J. West